No. 15–25–00017–CV

ACCEPTED
15-25-00017-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/14/2025 4:14 PM
CHRISTOPHER A. PRINE
CLERK

**In the Fifteenth Court of Appeals**
**Austin, Texas**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/14/2025 4:14:24 PM
CHRISTOPHER A. PRINE
Clerk

In the Guardianship of Landen Thomas Griswold,
An Incapacitated Person

On Appeal from Cause No. G00074
County Court at Law
Cherokee County, Texas

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellee, Texas Health and Humas Services Commission (Appellee) files this unopposed motion seeking a 2–week extension of time to file Appellee's Brief to June 9, 2025. In support of this motion, Appellee shows the following:

1.      Appellee's Brief is currently due May 27, 2025.

2.      The following grounds provide good cause for extending the time to file Appellee's Brief. Appellee's former lead counsel, Reed Arroyo, has accepted another position outside of the Texas Office of the Attorney General—his last day with the Texas Office of the Attorney General was May 9, 2025. Appellee's new and current lead counsel, Terri M. Abernathy, was substituted for Mr. Arroyo on May 9,

1

2025. Due to Ms. Abernathy's other responsibilities in separate litigation matters, she was only able to meet and confer with Mr. Arroyo for the first time regarding this case on May 9, 2025. Consequently, Ms. Abernathy requires more time to review the filings and to prepare Appellee's brief.

3.	This is the third request for an extension of time to file Appellee's Brief before this Court.

4.	The motion is unopposed.

5.	This motion is not filed for the purpose of delay, nor will Appellant be harmed and Appellant is unopposed to this extension request.

## Prayer

For these reasons, Appellee respectfully request that the Court grant an extension of time of 2–weeks to file Appellee's Brief to June 9, 2025, and grant it any other relief to which it may be justly entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division


/s/ *Terri M. Abernathy*
TERRI M. ABERNATHY
*Attorney-in-Charge*
Assistant Attorney General
Texas State Bar No. 24062894
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711–2548
Phone (512) 936–0562
Division Fax (512) 320–0667
Email Terri.Abernathy@oag.texas.gov

*Counsel for Appellee*
*Texas Health and Human Services Commission*


## CERTIFICATE OF CONFERENCE

On May 13–14, 2025, the undersigned conferred with lead counsel for Appellant, who stated they are unopposed to the relief requested.

/s/ *Terri M. Abernathy*
TERRI M. ABERNATHY
Assistant Attorney General


## CERTIFICATE OF SERVICE

I certify that on May 14, 2025, a true and correct copy of this document was filed via the court's e–filing system, causing electronic service upon all counsel of record in accordance with the Federal Rules of Civil Procedure as follows:

3

Tracia Y. Lee
Tracia.Lee@keanmiller.com
Laurel M. Smith
Laurel.Smith@keanmiller.com
Kean | Miller, LLP
Pennzoil South Tower
711 Louisiana Street, Suite 1800 South Tower
Houston, Texas 77002
Phone (713) 844–3062
e-serve@keanmiller.com

*Counsel for Appellee*


 /s/ *Terri M. Abernathy*
TERRI M. ABERNATHY
Assistant Attorney General

4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Quennette Rose on behalf of Terri Abernathy
Bar No. 24062894
quennette.rose@oag.texas.gov
Envelope ID: 100844031
Filing Code Description: Motion
Filing Description: 20250514_HHSCs 3rd Unopposed MET
Status as of 5/14/2025 4:57 PM CST

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan Petix | 24027728 | jonathan.petix@hhs.texas.gov | 5/14/2025 4:14:24 PM | SENT |
| Alyssa Bixby-Lawson | 24122680 | anknutson@gmail.com | 5/14/2025 4:14:24 PM | SENT |
| Terri Abernathy | | terri.abernathy@oag.texas.gov | 5/14/2025 4:14:24 PM | SENT |
| Quennette Rose | | Quennette.Rose@oag.texas.gov | 5/14/2025 4:14:24 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 5/14/2025 4:14:24 PM | SENT |
| Reed Arroyo | | reed.arroyo@oag.texas.gov | 5/14/2025 4:14:24 PM | SENT |

Associated Case Party: Candice Jeffcoat

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tracia Lee | | e-serve@keanmiller.com | 5/14/2025 4:14:24 PM | SENT |